PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Victor[illegible] | DISTRICT: DISTRICT OF MASSACHUSETTS | DIVISION: Boston, MA |
| | NAME OF SENTENCING JUDGE: Mark L. Wolf | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM: May 4, 2001 / TO: May 3, 2006 |

DOCKET NUMBER *(Tran. Court)*: ~~1-00~~CR10076-001 98-

DOCKET NUMBER *(Rec. Court)*:

I hereby certify on 3-23-05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Boyce
Deputy Clerk

SCANNED
DATE: 3-23-05
BY: Kathleen Boyce

DOCKETED

OFFENSE

Ct. 1: Conspiracy to Distribute & Possession with Intent to Distribute Heroin & Cocaine Base; Ct. 2: Possession with Intent to Distribute & Distribution of Heroin; Cts. 3 & 6: Possession with Intent to Distribute & Distribution of Cocaine Base; and Cts. 4 - 5 and 7 - 8: Possession with Intent to Distribute and Distribution of Cocaine Base & Heroin

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

February 28, 2005
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/14/05
*Effective Date*

Ernest C Torres
*United States District Judge*