UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

VICTERVO PINA,
a/k/a VICTERBO PINA,
a/k/a VICTERVO PINA ABREO,
a/k/a VICTERVO ABREO,
a/k/a DANIEL DAVID CHANG RAMOS,
a/k/a GEURYS A. GARCIA,
a/k/a FLACO,
a/k/a RAMON, and
RAMONA MOJICA,

Defendants.

CRIMINAL NO. 98CR10076-MLW

VIOLATIONS:

- 21 U.S.C. § 846 - Conspiracy to Distribute, and to Possess with Intent Distribute, Heroin and Cocaine Base
- 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute, and Distribution of, Heroin and Cocaine Base
- 18 U.S.C. § 2 - Aiding and Abetting
- 21 U.S.C. § 853(a) Criminal Forfeiture

I hereby certify on 3-23-05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Boyce
Deputy Clerk

I hereby certify on that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on 3-11-98
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Boyce
Deputy Clerk

INDICTMENT

COUNT ONE: (21 U.S.C. § 846 - Conspiracy to Distribute, and to Possess with Intent to Distribute, Heroin and Cocaine Base).

The Grand Jury charges that:

Beginning on an unknown date but at least by on or about February 5, 1998, and continuing to on or about February 26, 1998, at Lawrence and elsewhere in the District of Massachusetts,

**VICTERVO PINA, a/k/a VICTERBO PINA, a/k/a VICTERVO PINA ABREO, a/k/a VICTERVO ABREO, a/k/a DANIEL DAVID CHANG RAMOS, a/k/a GEURYS A. GARCIA, a/k/a FLACO, a/k/a RAMON, and RAMONA MOJICA,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, heroin, a Schedule I controlled substance, and cocaine base ("crack cocaine"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**Notice of Applicability of 21 U.S.C. § 841(b)(1)(A)(iii)**

The conspiracy referred to in Count One of this indictment involved more than 50 grams of a mixture or substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(A)(iii) applies to this count.

**COUNT TWO:** **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute, and Distribution of, Heroin; 18 U.S.C. § 2 - Aiding and Abetting).**

The Grand Jury further charges that:

On or about February 5, 1998, at Lawrence and elsewhere in the District of Massachusetts,

**VICTERVO PINA, a/k/a VICTERBO PINA, a/k/a VICTERVO PINA ABREO, a/k/a VICTERVO ABREO, a/k/a DANIEL DAVID CHANG RAMOS, a/k/a GEURYS A. GARCIA, a/k/a FLACO, a/k/a RAMON,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:** **(21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute, and Distribution of, Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting).**

The Grand Jury further charges that:

On or about February 6, 1998, at Lawrence and elsewhere in the District of Massachusetts,

**VICTERVO PINA, a/k/a VICTERBO PINA, a/k/a VICTERVO PINA ABREO, a/k/a VICTERVO ABREO, a/k/a DANIEL DAVID CHANG RAMOS, a/k/a GEURYS A. GARCIA, a/k/a FLACO, a/k/a RAMON,**

defendant herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine base ("crack cocaine"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Notice of Applicability of 21 U.S.C. § 841(b)(1)(B)(iii)**

The distribution referred to in Count Three of this indictment involved more than five grams of a mixture or substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance. Accordingly, 21 U.S.C. § 841(b)(1)(B)(iii) applies to this count.

**COUNT FOUR:** (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute, and Distribution of, Cocaine Base; 18 U.S.C. § 2 - Aiding and Abetting).

The Grand Jury further charges that:

On or about February 9, 1998, at Lawrence and elsewhere in the District of Massachusetts,

**VICTERVO PINA, a/k/a VICTERBO PINA, a/k/a VICTERVO PINA ABREO, a/k/a VICTERVO ABREO, a/k/a DANIEL DAVID CHANG RAMOS, a/k/a GEURYS A. GARCIA, a/k/a FLACO, a/k/a RAMON, and RAMONA MOJICA,**

defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, cocaine base ("crack cocaine"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.