MISC 05 00385 PRIOR

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:98-cr-10076-MLW-1

Case title: USA v. Mojica, et al

Date Filed: 03/11/1998

Assigned to: Judge Mark L. Wolf

**Defendant**

**Victervo Pina** (1)
*TERMINATED: 12/18/1998*
*also known as*
Flaco
*also known as*
Victervo Abreo
*also known as*
Ramon
*also known as*
Victerbo Pina
*also known as*
Victervo Pina Abreo
*also known as*
Daniel David Chang Ramos
*also known as*
Geurys A. Garcia

represented by **Lenore Glaser**
Law Office of Lenore Glaser
25 Kingston Street, 6th Floor
Boston, MA 02111-2022
617-753-9988
Fax: 617-338-2115
Email: lglaser@glaser-law.com
*TERMINATED: 12/18/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

I hereby certify on 3-23-05 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: Kathleen Boyce
Deputy Clerk

| Pending Counts | Disposition |
| --- | --- |
| 21:846 - CONSPIRACY TO DISTRIBUTE, AND TO POSSESS WITH INTENT TO DISTRIBUTE HERION AND COCAINE BASE (1) | Deft committed to USBP for a term of 44 months; Upon release, deft shall be on supervised release for a total term of 60 months. |
| 21:841(a)(1), 2 - POSSSESSION WITH INTENT TO DISTRIBUTE, AND DISTRIBUTION OF HEROIN; | Deft committed to USBP for a term of 44 months; Upon release, deft shall be on supervised release |

2

| | |
|---|---|
| AIDING AND ABETTING (2-3) | for a total term of 60 months. |
| 21:841(a)(1), 2 - POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE; AIDING AND ABETTING (4-6) | Deft committed to USBP for a term of 44 months; Upon release, deft shall be on supervised release for a total term of 60 months. |
| 21:841(a)(1), 2 - POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE; AIDING AND ABETTING (7-8) | Deft committed to USBP for a term of 44 months; Upon release, deft shall be on supervised release for a total term of 60 months. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1), 2 - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; AIDING AND ABETTING (9) | Dismissed Counts on Gov't Motion |
| 21:841A(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE HEROIN; AIDING AND ABETTING (10) | Dismissed Counts on Gov't Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Notice**

**Pretrial Services** represented by **Pretrial Services**
US Pretrial Services
1 Courthouse Way
Boston, MA 02210
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Notice**

**Probation Office** represented by **Probation Office**
U.S. Probation Office
1 Courthouse Way
Boston, MA 02210
617-223-9198
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

**Plaintiff**

**USA** represented by **Gavin A. Corn**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W. Vien**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3236
Fax: 617-748-3675

Email: george.vien@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J. Farley**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3252
Fax: 617-748-3954
Email: john.farley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/11/1998 | 9 | INDICTMENT returned Victervo Pina (1) count(s) 1, 2-3, 4-6, 7-8, 9, 10, Ramona Mojica (2) count(s) 1, 4-6, 9, 10 . (Preliminary Examination cancelled.) (tmc) (Entered: 03/18/1998) |
| 03/11/1998 | | Judge Mark L. Wolf Referral to Mag. Judge Zachary R. Karol as to Victervo Pina, Ramona Mojica . Purpose: PRETRIAL PROCEEDINGS (tmc) (Entered: 03/18/1998) |
| 03/17/1998 | | Arraignment as to Victervo Pina, Ramona Mojica held Victervo Pina (1) count(s) 1, Ramona Mojica (2) count(s) 1 . (cjn) (Entered: 03/19/1998) |
| 03/17/1998 | 10 | Mag. Judge C. B. Swartwood III . CLERK'S NOTES as to Victervo Pina, Ramona Mojica , re: Pretrial order given in Court; Trial assignment before DJ set Jury trial for 2:30 5/7/98 for Victervo Pina, for Ramona Mojica , set motion filing deadline for 4/3/98 for Victervo Pina, for Ramona Mojica , Response to motion 4/10/98 Order secludable time form 3/7/98 to 4/10/98 to issue with no objections from counsel Court Reporter: tape (cjn) (Entered: 03/19/1998) |
| 03/17/1998 | | PLEA entered by Victervo Pina, Ramona Mojica . Court accepts plea. Not Guilty: Victervo Pina (1) count(s) 1, 2-3, 4-6, 7-8, 9, 10, Ramona Mojica (2) count(s) 1, 4-6, 9, 10 (cjn) |

| | | |
|---|---|---|
| | | (Entered: 03/19/1998) |
| 03/17/1998 | 11 | Mag. Judge C. B. Swartwood III . ORDER entered as to Victervo Pina, Ramona Mojica : Pretrial Order in criminal cases. cc/cl. (cjn) (Entered: 03/19/1998) |
| 03/17/1998 | 12 | Mag. Judge C. B. Swartwood III . Preliminary STATUS REPORT filed by Magistrate as to Victervo Pina, Ramona Mojica , setting Jury Trial Assignment for 2:30 5/7/98 for Victervo Pina, for Ramona Mojica. cc/cl. (cjn) (Entered: 03/19/1998) |
| 03/17/1998 | 13 | Mag. Judge C. B. Swartwood III . ORDER ON EXCLUDABLE DELAY entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 3/17/98 to 4/10/98. cc/cl. (cjn) (Entered: 03/19/1998) |
| 03/23/1998 | 14 | Response by USA to Uniform Order on Automatic Discovery as to Victervo Pina, Ramona Mojica , filed. c/s. (cjn) (Entered: 03/23/1998) |
| 04/03/1998 | | Mag. Judge C. B. Swartwood III . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [18-1] motion to extend time to 4/17/98 to file pretrial discovery motions to dismiss and suppress as to Ramona Mojica (2), set motion filing deadline for 4/17/98 for Victervo Pina, for Ramona Mojica , Response to motion by 4/24/98 .cc/cl reccjn 4/7/98 (cjn) (Entered: 04/08/1998) |
| 04/06/1998 | 15 | MOTION by Victervo Pina, Ramona Mojica for discovery , filed. c/s. (cjn) (Entered: 04/06/1998) |
| 04/06/1998 | 16 | MOTION by Victervo Pina for Bill of Particulars , filed. c/s. (cjn) (Entered: 04/06/1998) |
| 04/06/1998 | 17 | MOTION by Victervo Pina, Ramona Mojica to reserve time to file dispositive motion , filed. c/s. (cjn) (Entered: 04/06/1998) |
| 04/10/1998 | 19 | RESPONSE by USA as to Victervo Pina, Ramona Mojica re: [17-1] motion to reserve time to file dispositive motion, [16-1] motion for Bill of Particulars, [15-1] motion for discovery , filed. c/s. (cjn) (Entered: 04/10/1998) |
| 04/17/1998 | 24 | NOTICE of Appearance of counsel for USA , by Attorney Gavin A. Corn. c/s. (cjn) (Entered: 04/22/1998) |
| 05/11/1998 | 25 | Mag. Judge C. B. Swartwood III . ORDER entered as to Victervo Pina, Ramona Mojica : granting in part, denying in |

| | | |
|---|---|---|
| | | part [15-1] motion for discovery as to Victervo Pina (1), Ramona Mojica (2)denying [16-1] motion for Bill of Particulars as to Victervo Pina (1) . cc/cl. (cjn) (Entered: 05/14/1998) |
| 05/12/1998 | 26 | Mag. Judge C. B. Swartwood III . ORDER ON EXCLUDABLE DELAY entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 4/10/98 to 5/11/98. cc/cl. (cjn) (Entered: 05/14/1998) |
| 05/12/1998 | 27 | Mag. Judge C. B. Swartwood III . Final STATUS REPORT filed by Magistrate as to Victervo Pina, Ramona Mojica , setting Jury Trial Assignment for 7/20/98 for Victervo Pina, for Ramona Mojica, filed returned to District Judge. cc/cl. (cjn) (Entered: 05/14/1998) |
| 05/16/1998 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [17-1] motion to reserve time to file dispositive motion as to Victervo Pina (1), Ramona Mojica (2). cc/cl. (ktb) (Entered: 05/19/1998) |
| 06/24/1998 | 28 | Assented to MOTION by USA , as to Victervo Pina, Ramona Mojica for order of excludable time , filed. Referred to Judge Mark L. Wolf (fmr) (Entered: 06/24/1998) |
| 06/24/1998 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [28-1] motion for order of excludable time as to Victervo Pina (1), Ramona Mojica (2), set pretrial conference for 4:00 8/25/98 for Victervo Pina, for Ramona Mojica c/ccl. (ktb) (Entered: 06/26/1998) |
| 06/24/1998 | 29 | Judge Mark L. Wolf . ORDER ON EXCLUDABLE DELAY entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 6/24/98 to 8/21/98. (ktb) (Entered: 06/26/1998) |
| 08/27/1998 | 33 | ASSENTEd TO MOTION by USA , as to Victervo Pina, Ramona Mojica for order of excludable delay for the period of time from 8/25/98 to 10/2/98 , filed, c/s. (ktb) (Entered: 08/28/1998) |
| 09/10/1998 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [33-1] motion for order of excludable delay for the period of time from 8/25/98 to 10/2/98 as to Victervo Pina (1), Ramona Mojica (2). cc/cl. (ktb) (Entered: 09/14/1998) |
| 09/10/1998 | 34 | Judge Mark L. Wolf . ORDER ON EXCLUDABLE DELAY |

| | | |
|---|---|---|
| | | entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 8/25/98 to 10/2/98. cc/cl. (ktb) (Entered: 09/14/1998) |
| 11/18/1998 | 36 | ASSENTED TO MOTION by USA as to Victervo Pina, Ramona Mojica for order of excludable delay for the period of time from 10/2/98 to the date the court sets for a status conference , filed, c/s. (ktb) (Entered: 11/19/1998) |
| 11/19/1998 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [36-1] motion for order of excludable delay for the period of time from 10/2/98 to the date the court sets for a status conference as to Victervo Pina (1), Ramona Mojica (2), set status conference for 2:30 12/18/98 for Victervo Pina, for Ramona Mojica cc/cl. (ktb) (Entered: 11/24/1998) |
| 11/19/1998 | 37 | Judge Mark L. Wolf . ORDER ON EXCLUDABLE DELAY entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 10/2/98 to 12/18/98. (ktb) (Entered: 11/30/1998) |
| 12/15/1998 | 38 | Plea Agreement as to Victervo Pina , filed. (fmr) (Entered: 12/17/1998) |
| 12/18/1998 | | Status conference as to Victervo Pina, Ramona Mojica held (ktb) (Entered: 12/23/1998) |
| 12/18/1998 | 39 | Judge Mark L. Wolf . CLERK'S NOTES as to Victervo Pina, Ramona Mojica: Status Conf. held as to Ramona Mojica. Court excludes of justice for continued negotiations. Change of plea held for deft Pina. Spanish Int. Sylvia Zetterland present/sworn. Court accepts plea. Deft continued in custody. (ktb) (Entered: 12/23/1998) |
| 12/18/1998 | | PLEA entered by Victervo Pina . Court accepts plea. Guilty: Victervo Pina (1) count(s) 1, 2-3, 4-6, 7-8, 9, 10 (fmr) (Entered: 05/12/1999) |
| 12/18/1998 | | **JS3 Closing Card for Victervo Pina Terminated Defendant Victervo Pina (ktb) (Entered: 03/27/2000) |
| 12/21/1998 | 40 | Judge Mark L. Wolf . PROCEDURAL ORDERi RE SENTENCING hearingo Pina, Ramona Mojica :, set Sentencing for 3:00 2/17/99 for Victervo Pina, for Ramona Mojica . (ktb) (Entered: 12/23/1998) |
| | | |

| | | |
|---|---|---|
| 12/22/1998 | 41 | ASSENTED TO MOTION by USA , as to Victervo Pina, Ramona Mojica for order of excludable delay for the period of time from 12/19/98 to 1/15/99 pursuant to: 18:3161 , FILED, c/s. (ktb) (Entered: 12/28/1998) |
| 01/04/1999 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : granting [41-1] motion for order of excludable delay for the period of time from 12/19/98 to 1/15/99 pursuant to: 18:3161 as to Victervo Pina (1), Ramona Mojica (2). cc/cl. (ktb) (Entered: 01/06/1999) |
| 01/04/1999 | 42 | Judge Mark L. Wolf . ORDER ON EXCLUDABLE DELAY entered as to Victervo Pina, Ramona Mojica . Time ordered excluded from 12/18/98 to 1/15/99. (ktb) (Entered: 01/06/1999) |
| 01/08/1999 | 43 | Letter to Probation Officer Jonathan Hurtig (non-motion) by Gavin A. Corn enclosing DEA-7s Pina dated: 1/8/99, FILED. (ktb) (Entered: 01/11/1999) |
| 01/20/1999 | 45 | NOTICE issued of Hearing/Conference as to Victervo Pina, set Sentencing for 3:00 2/18/99 for Victervo Pina cc/cl. (ktb) (Entered: 01/22/1999) |
| 01/21/1999 | 44 | MOTION by Victervo Pina to continue the sentencing date for a period of one month and to extend the deadlines established in the procedural order for the PSI and responsive pleadings, FILED, c/s. (Assented To) , filed. (ktb) (Entered: 01/21/1999) |
| 01/24/1999 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina : granting [44-1] motion to continue the sentencing date for a period of one month and to extend the deadlines established in the procedural order for the PSI and responsive pleadings, FILED, c/s. (Assented To) as to Victervo Pina (1), reset Sentencing for 3:00 4/1/99 for Victervo Pina ..."The Sentencing is hereby rescheduled to 4/1/99." cc/cl. (ktb) (Entered: 01/26/1999) |
| 02/26/1999 | 48 | MOTION by USA as to Victervo Pina, Ramona Mojica for trial date , filed, c/s. (ktb) (Entered: 02/26/1999) |
| 03/18/1999 | 50 | MOTION by Victervo Pina to seal/impound , and to continue , filed. Referred to Judge Mark L. Wolf (fmr) (Entered: 03/18/1999) |
| 03/31/1999 | 54 | NOTICE. (fmr) (Entered: 03/31/1999) |
| | | |

| | | |
|---|---|---|
| 05/12/1999 | | CASE NO LONGER REFERRED TO Mag. Judge Zachary R. Karol . (fmr) (Entered: 05/12/1999) |
| 11/18/1999 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina, Ramona Mojica : mooting [56-1] motion for order of excludable delay for the period of time up to and including 8/25/99 as to Ramona Mojica (2), mooting [50-1] motion to seal/impound as to Victervo Pina (1), mooting [50-2] motion to continue as to Victervo Pina (1), . (fmr) (Entered: 11/18/1999) |
| 11/22/1999 | 61 | Letter (non-motion) filed by Lenore Glaser , dated: 11/18/99, re: sentencing. (fmr) (Entered: 11/22/1999) |
| 11/22/1999 | 62 | NOTICE issued of Hearing/Conference as to Victervo Pina, set Sentencing for 2:30 1/7/00 for Victervo Pina cc/cl. (ktb) (Entered: 11/23/1999) |
| 12/03/1999 | 63 | Assented to MOTION by Victervo Pina to continue the sentencing date , filed. Referred to Judge Mark L. Wolf (fmr) (Entered: 12/06/1999) |
| 12/03/1999 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina : granting [63-1] motion to continue the sentencing date as to Victervo Pina (1), set Sentencing for 3:00 1/11/00 for Victervo Pina cc/ck. (ktb) (Entered: 12/06/1999) |
| 01/07/2000 | 67 | MOTION by USA as to Victervo Pina to continue sentencing , filed, c/s. (ktb) (Entered: 01/07/2000) |
| 01/10/2000 | | Judge Mark L. Wolf . ENDORSED ORDER as to Victervo Pina : granting [67-1] motion to continue sentencing as to Victervo Pina (1), reset Sentencing for 3:00 2/23/00 for Victervo Pina . cc/cl. (ktb) (Entered: 01/11/2000) |
| 02/16/2000 | 68 | MOTION by USA , as to Victervo Pina to seal/impound , filed. (fmr) (Entered: 02/17/2000) |
| 02/23/2000 | | Sentencing held Victervo Pina (1) count(s) 1, 2-3, 4-6, 7-8 . (ktb) (Entered: 03/20/2000) |
| 02/23/2000 | 69 | Judge Mark L. Wolf . CLERK'S NOTES as to Victervo Pina , ; ; Re Sentencing: On Counts 1-8, Deft is committed to the custody of the USBP 44 months; 60 mos. SR. $800.00 Special Assessment; Standard conditions; drug testing/treatment. Court Reporter: Twomey (ktb) (Entered: 03/20/2000) |
| 02/23/2000 | | DISMISSAL of Count(s) on Government Motion as to |

| | | |
|---|---|---|
| | | Victervo Pina . Counts Dismissed: Victervo Pina (1) count(s) 9, 10 (ktb) (Entered: 03/27/2000) |
| 03/02/2000 | 70 | Judge Mark L. Wolf . JUDGMENT entered Victervo Pina (1) count(s) 1, 2 -3 , 4 -6 , 7 -8 . Deft committed to USBP for a term of 44 months; Upon release, deft shall be on supervised release for a total term of 60 months. (ktb) (Entered: 03/27/2000) |
| 08/16/2002 | 71 | Notice of lien for fine and/or restitution imposed pursuant to the Anti-Terrorism and Effective Death Penalty Act of 1996 filed as to Victervo Pina (ktb) (Entered: 08/20/2002) |
| 02/28/2005 | 72 | Probation Jurisdiction Transferred to the District of Rhode Island as to Victervo Pina Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Boyce, Kathy) (Entered: 03/23/2005) |