# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**July 13, 2005**

**CR 05-81L**

**TITLE: USA v. VICTERVO PINA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Terrence Donnelly**

**Defendant: Edward Roy**

**Probation: David Borrelli**

**Ct. Interpreter: Ana-Cecilia Rosado**

****************************************************************************

**Preliminary Probation Violation Hearing**

**All counsel of record present. Defendant present. Probation present. Court Interpreter present. Court informs defendant of violations. Court questions defendant. Court informs defendant of his rights. Defendant addresses the Court. Court continues the hearing to 8/15/05 at 10:00 am Court remanded into custody.**