# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND
# CLERK'S MINUTES

**CASE NUMBER: CR 05-81L** **DATE: August 22, 2005**

**TITLE: USA v. VICTERVO PINA**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Terrence Donnelly**

**Defendant: Edward Roy**

**Probation: David Borrelli**

**************************************************************************

**Proceedings: Preliminary Probation Violation**

**All counsel of record present. Defendant present. Probation present. Court Interpreter present. Court informs defendant of violations. Court questions defendant. Defendant waives violation hearing. Defendant admits to the violations. Both sides give sentencing recommendations. Defendant exercises right of allocution. Court to issue a report and recommendation.**